**Motion Denied; Order filed June 21, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00013-CR

_____

**FREDDRICK L. WOODS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 338th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1534608**

---

## ORDER

Appellant is represented by appointed counsel, Daucie Schindler. Appellant's brief was originally due March 14, 2018. We have granted a total of 90 days to file appellant's brief until June 13, 2018. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On June 13, 2018, counsel filed a further request for extension of

time to file appellant's brief. Counsel did not allege any exceptional circumstances in the request.

We deny the request for extension and order Daucie Schindler to file a brief with the clerk of this court on or before July 13, 2018. If counsel does not timely file appellant's brief as ordered, the court may issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.